# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES FIRE INSURANCE
COMPANY,

        Plaintiff,

v.                                   Case No. 09-12362

POLESTAR CONSTRUCTION
OF FLORIDA, LLC, et al.

        Defendants.
_____/

## CORRECTION TO ORDER OF REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

On June 18, 2010, the court issued an order of reference that erroneously stated

that the settlement conference would be held on either the morning of June 13, 2010 in

Ann Arbor or the morning of June 15, 2010 in Detroit.  The order should have stated

that the settlement conference would be held on either the morning of **July 13, 2010** in

Ann Arbor or the morning of **July 15, 2010** in Detroit.

Accordingly, IT IS ORDERED that the order of reference [Dkt. # 40] is

AMENDED to reflect this correction.

                              s/Robert H. Cleland_____
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated:  June 18, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 18, 2010, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522